**Insertion Order #  2066**                                                                                      **11/09/2014**

### 1.   - Contact Information

| PUBLISHER INFORMATION: | | ADVERTISER  INFORMATION: | |
|---|---|---|---|
| Company legal name | Advertising Technologies LTD | Company legal name | Installer Technology Co. |
| Trading as | PropellerAds Media | Trading as | Installer Technology Co. |
| Contact name | Ivan Assovskiy | Contact name | Chris Miseresky |
| Legal address | BVI Company number: 1730759 Quijano Chambers, P.O. Box 3159, Road Town, Tortola, BVI. | Legal address | 407 Lincoln Road Suite 502 |
| Physical address | Room 4.08 Fleet House, 8-12 New Bridge St. EC 4V 6AL | Physical address | 407 Lincoln Road Suite 502 |
| City/State/Country | London/ UK | City/State/ZIP | Miami Beach, FL US 33139 |
| Email (required) | l.assovskiy@propellerads.com | Email (required) | chris@installertech.com |
| Phone (required) | +442032866693 | Phone (required) | +1-855-448-2777 Ext 134 |

### 2.- Campaign Information

| Campaign Name: | InstallerTech | Campaign basis, rates | CPM=5,5 $ |
|---|---|---|---|
| Url/ category | Software | Payment terms | Weekly payments |
| Ad units | Popunders | Daily Budget | Approved between both parties |
| Countries | US | Frequency capacity | 1/24 |
| Traffic type (mobile/ display) | Desktop | | |
| Special notes | The total sum of impressions, leads, conversions and revenue count is to be based on PropellerAds Media statistics. In case of  unmatched counting between the Advertiser and PropellerAds Media, the final sum is to be decided in favor of PropellerAds network stats, as it is unbiased and the most precise way of delivering statistics for both sides. Each lead will cost not more than 70$. | | |

### 3.- Billing information

Bank: AS LATVIJAS PASTA BANKA
Bank address: 54 Brivibas street, Riga, LV-1011, Latvia
Account name: Advertising Technologies LTD
Bank code: LAPBLV2X
Currency: Multicurrency
IBAN: LV48LAPB0000046054926

### 4. - Authorization: Signing this document contractually binds the Advertiser and the Publisher

| Advertising Technologies LTD Authorized Signature: | | Date: | 11/09/2014 |
|---|---|---|---|
| Advertiser Authorized Signature: | | Date: | |

- Page 1 of 2 -