**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:15-cv-24738-UU

INSTALLER TECHNOLOGY, CO.,

     Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD., *et al.*,

     Defendants.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On December 28, 2015, Plaintiff filed this action against Defendants and alleged that this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(2) based upon the complete diversity of the citizenship of the parties.  D.E. 1.  The Court is not satisfied that Plaintiff has sufficiently alleged complete diversity for purposes of this Court exercising subject-matter jurisdiction. Specifically, Plaintiff fails to allege complete diversity to the extent that it fails to specifically allege the citizenship of each constituent member of parties.  *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004) ("To sufficiently allege the citizenships of . . . unincorporated business entities, a party must list the citizenships of all the members of the limited liability company and all the partners of the limited partnership."). Simply alleging, "[u]pon information and belief, there is no member of the limited company that is a citizen of Florida" and "[u]pon information and belief, none of the partners of Fastlink are

citizens of Florida" does not provide the Court with the specificity that is required before being satisfied that this Court retains subject-matter jurisdiction over this action.   D.E. 1 ¶ 8-9. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendant SHALL show good cause in writing by **Friday, <u>January 8, 2016</u>**, as to why this case should not be dismissed for lack of subject-matter jurisdiction.

DONE AND ORDERED in Chambers in Miami, Florida this 29th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf