

# FILE COPY

## CERTIFICATE OF REGISTRATION OF A LIMITED PARTNERSHIP

Limited Partnership No. SL15434

The Registrar of Companies for Scotland hereby certifies that:

### FASTLINK SUPPLIES L.P.

is this day registered under the 1907 Limited Partnerships Act as a Limited Partnership.

Given at Companies House on **4th February 2014**.





THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES

S038821720

CHFP000

**LP5**

A fee is a payable with this form.

SL15434

## LIMITED PARTNERSHIPS ACT 1907

### Application for Registration of a Limited Partnership

(In accordance with section 8 of the Limited Partnerships Act 1907)

Name of firm or partnership ●    **Fastlink Supplies L.P.**

We, the undersigned, being the partners of the above-named firm, hereby apply for registration as a limited partnership and for that purpose supply the following particulars:

The general nature of the business

INTERNATIONAL TRADE & INVESTMENT

The principal place of business

44 Main Street, Douglas, South Lanarkshire, Scotland ML11 0QW

The term, if any, for which the limited partnership is to be entered into ●

The Partnership shall continue in existence until decided otherwise by the Partners

Please give the name and signature of each general partner

| Name | TOTAL ADMIN LTD. | Signatures | LETRICIA LAMB |
| --- | --- | --- | --- |
| | | | DIRECTOR: TOTAL ADMIN LTD. |

Please give the name, amount contributed and signature of each limited partner

| Name | SUPER ADMIN LTD. | Amount contributed ● | Signatures | LETRICIA LAMB |
| --- | --- | --- | --- | --- |
| | | ONE THOUSAND POUNDS CASH | | DIRECTOR: SUPER ADMIN LTD. |

B

● This must include the appropriate name ending.
● This begins with the date of registration.
● State the amount contributed by each limited partner, and whether paid in cash, or i

FRIDAY

SCT   *S3094FAA*   /09)
24/01/2014   #13
COMPANIES HOUSE

Please be aware that all information on this form will be available on the public record.

When you have completed the form, please send to the Registrar of Companies.

| Presented by:<br>KEARNEY CURRAN & CO<br>41, CENTRAL CHAMBERS<br>DAME COURT<br>DUBLIN 2<br>IRELAND | Presenter's reference: |
|---|---|