

# Certificate of Incorporation

## TOTAL ADMIN LIMITED
## 1601323
## NZBN: 9429034947821

This is to certify that WIJNSTOK CONSULTING LIMITED was incorporated under the Companies Act 1993 on the 4th day of March 2005
and changed its name to TOTAL ADMIN LIMITED on the 18th day of May 2009.



Registrar of Companies
8th day of January 2016

For further details relating to this company check
http://www.companies.govt.nz/co/1601323
Certificate generated 08 January 2016 12:52 PM NZDT



SCAN TO VIEW
OUR REGISTRATION DETAILS