

(/)

# TOTAL ADMIN UK LIMITED

Home (/)  /  TOTAL ADMIN UK LIMITED (/ltd/total-admin-uk)

## Address

**TOTAL ADMIN UK LIMITED**
**2 PORT STREET**
**MIDDLEPORT**
**STOKE-ON-TRENT**
**ENGLAND**
**ST6 3PF** (/find?q=ST6+3PF)

**Web:** www.totaladminuk.co.uk ↗ (http://www.totaladminuk.co.uk)

## Legal Information

| | |
|---|---|
| **Company Registration No.:** | 09424498 |
| **Incorporation Date:** | 5 Feb 2015 (10 Months old) |
| **Financial Year End:** | 5 Apr |
| **Capital:** | £1.00 on 5 Feb 2015 |

New information about this company is available: Update Now! (/)

## Map

Powered by Leaflet (http://leaflet.cloudmade.com) — © MapQuest (http://open.mapquest.co.uk), OpenStreetMap (http://www.openstreetmap.org/) & contributors

## Monitor Company

- Receive an alert email on changes to financial status
- Early indications of liquidity problems
- Warns when company reporting is overdue
- Free service, no spam emails

Monitor Now (/Company/Monitor/094

## Public Sector Suppliers With Similar Names

Safe Secure Locker Services Ltd, Unit 3, Menta Centre, 5 Easteren Way, Bury St Edmunds, Suffolk, IP32 7AB, Mr John Scott, http://total-locker-service.co.uk (/PublicSpend/transactions/departments/safe-secure-locker-services,unit-3,-menta-centre,5-easteren-way,bury-st-edmunds,suffolk,ip32-7ab,mr-john-scott,httptotal-locker-servicecouk) Safe Secure Locker

## Recently Filed Documents - 2 available

Change of accounting reference date - £4.99 (/purchase/addtobasket/103743053)

New incorporation documents - £4.99 (/purchase/addtobasket/103743054)

View all 2 documents (/Company/AllDocuments/total-admin-uk)

## Directors and Secretaries

Amelia Bilson (/director/16717642/amelia-bilson)

5 Feb 2015 ⇒ Present ( 10 Months )                                    Director

## Unclaimed Domain Names for this Company's Website

The following domain names appear to be available to register, if this is your company you should claim the domain names before your competitors register them.

| | |
|---|---|
| www.totaladminuk.com | Register at GoDaddy (/company/RegisterDomain?name=totaladminuk.com&reg=1) |
| www.totaladminuk.net | Register at GoDaddy (/company/RegisterDomain?name=totaladminuk.net&reg=1) |
| www.totaladminuk.org | Register at GoDaddy (/company/RegisterDomain?name=totaladminuk.org&reg=1) |
| www.totaladminuk.org.uk | Register at GoDaddy (/company/RegisterDomain?name=totaladminuk.org.uk&reg=1) |

## Company Annual Accounts

Next annual accounts are due on:         5 Jan 2016

## Do you do business with this company?

Receive a **free** alert email (/Company/Monitor/09424498) if there are any changes to this company, such as a change of address or new financial documents become available

## Is this your company?

| Is the information we hold correct? | Provide a short description about your company |
|---|---|
| | Add a Trading Name & Address |
| | Add your phone numbers |
| | Add a link to your Website |
| | Free! |
| | Update Company Information (/Company/Edit/4834962) |

Services Ltd, Unit 3, Menta Centre, 5 Easteren Way, Bury St Edmunds, Suffolk, IP32 7AB, http://total-locker-service.co.uk (/PublicSpend/transactions/departments/safe-secure-locker-services, unit-3,-menta-centre, 5-easteren-way, bury-st-edmunds, suffolk, ip32-7ab, httptotal-locker-servicecouk) More... (/find?t=SupplierSearch&q=TOTAL ADMIN UK LIMITED)

### Companies With Same Post Code

CERAMIC DECALS LIMITED (/ltd/ceramic-decals)
MAGIC MEMORIES GROUP (UK) LTD (/ltd/magic-memories-group-(uk))
ANDERTON PORT LIMITED (/ltd/anderton-port)
More... (/find?t=PostCodeSearch&q=ST6 3PF)

| Do you want total editorial control of this page? | Add your own company information |
| --- | --- |
| | Remove public financial information |
| | Remove advertising |
| | Change the information instantly and as often as you like |
| | Enhanced Listing (/Company/EnhancedListing/4834962) |

Search (/)   Your Basket (/purchase)   Your Documents (/y6rbtbq)   Log Out (/user/logout)
Your Account (/account/index)   Add Your Company (/AddCompany/AddCompany)   Help & FAQ (/support)

Privacy Policy (/support/privacy) - Terms (/support/terms) - Contact (/support/contact?companyId=4834962) - Copyright © Comdevelopment Ltd (/ltd/comdevelopment) 2015 All rights reserved.