UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-24738-UU

INSTALLER TECHNOLOGY CO.,

    Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD., *et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On December 28, 2015 Plaintiff filed his Complaint against Defendants. D.E. 1. Despite filing suit, no summons has been issued to date. It is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Wednesday, January 20, 2010**, as to why Plaintiff has not yet issued her summons upon Defendants. In the alternative, Plaintiff may issue the summons by that date. <u>Failure to comply with this Order will result in the dismissal of this action without further notice</u>.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of January, 2016.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf