UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

INSTALLER TECHNOLOGY CO., a Florida corporation,

     Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited partnership,

     Defendants.

CASE NO. 1:15-cv-24738-UU

## NOTICE OF FILING PROPOSED SUMMONS

PLEASE TAKE NOTICE that the proposed summons directed to FASTLINK SUPPLIES, L.P. has been filed of record with the Clerk of this Court.

### CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                   s/ Avery A. Dial
                                   Avery A. Dial

CASE NO.

Respectfully submitted,

/s/ Avery A. Dial
Avery A. Dial
Fla. Bar No. 732036
Email: adial@fowler-white.com

Aaron M. Dmiszewicki
Fla. Bar No. 111455
Email: admiszewicki@fowler-white.com

FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:   (954) 377-8100
Facsimile:    (954) 377-8101

- 2 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

CASE NO.

- 3 -

## SERVICE LIST

CASE NO. 14-029126 CA01

Val Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
E-Mail: Vgurvits@bostonlawgroup.com
Telephone: (617) 928-1800
Facsimile: (617) 928-1802
Attorney for Advertising Technologies Ltd and
Fastlink Supplies

H:\nd\echo\Notice of Filing Proposed Summons.docx

4824-0361-0156, v. 1