UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

INSTALLER TECHNOLOGY CO., a Florida
corporation,

       Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD.
d/b/a PROPELLER ADS MEDIA, a foreign
corporation, and FASTLINK SUPPLIES LP, a
foreign limited partnership,

       Defendants.

CASE NO. 1:15-cv-24738-UU

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, INSTALLER TECHNOLOGY CO. ("ITC"), by and through undersigned counsel, hereby files this response to the Court's Order to Show Cause entered January 14, 2016 [D.E. 10], and in support thereof states as follows.

1.      ITC commenced this action against the Defendants on December 28, 2015. It filed its First Amended Complaint on January 7, 2016 [D.E. 9], in part to address this Court's earlier concerns regarding the existence of subject-matter jurisdiction. [D.E. 6].

2.      On December 28, 2015, ITC sent via email and certified mail a letter to Val Gurvits, Esq., the Defendants' international litigation counsel, informing the Defendants of the lawsuit filed against them and requesting that they agree to waive formal service of process pursuant to Fed. R. Civ. P. 4(d). The Defendants were provided with Forms AO 398 and AO 399, the standard forms for such a request.

3.      This request was made in the interest of saving the parties the time and expense of navigating the complex issues of serving foreign corporate defendants.

4.      Optimistic that the Defendants would agree to waive service of process, ITC did not immediately issue a summons; if service were waived, no summons would be necessary.

5.      Mr. Gurvits subsequently informed the undersigned counsel that he is not authorized to accept service of this lawsuit.

6.      However, the parties have been engaging in some preliminary negotiations, in which they are attempting to resolve lingering concerns regarding jurisdiction and the existence (or lack thereof) of an arbitration agreement that may have been in effect at the time of the contract, as well as engaging in some preliminary settlement negotiations.

7.      In the event that these initial negotiations break down and this lawsuit goes forward, ITC will serve a summons and effectuate service on the insured in a manner consistent with applicable law and the Federal Rules of Civil Procedure.

8.      Fed. R. Civ. P. 4(m) allots 120 days to ITC to serve its Complaint on the Defendants. As of the time of the filing of this Response, only 22 days have elapsed.

9.      Notwithstanding the above, on January 20, 2016, ITC submitted a proposed summons to the Clerk of Court and is awaiting its issuance.


WHEREFORE, ITC respectfully requests that this matter not be dismissed for lack of a summons and that the Court's Order to Show Cause be discharged, as well as grant any further relief that this Court deems just and appropriate.

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 20, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Aaron M. Dmiszewicki
Aaron M. Dmiszewicki

Respectfully submitted,

/s/ Aaron M. Dmiszewicki
Avery A. Dial
Fla. Bar No. 732036
Email: adial@fowler-white.com

Aaron M. Dmiszewicki
Fla. Bar No. 111455
Email: admiszewicki@fowler-white.com

FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:    (954) 377-8100
Facsimile:    (954) 377-8101

CASE NO. 1:15-cv-24738-UU

- 4 -

## SERVICE LIST

CASE NO. 1:15-cv-24738-UU

Val Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
E-Mail: vgurvits@bostonlawgroup.com
Telephone: (617) 928-1800
***Attorney for Propeller Ads and Fastlink***

4810-8423-5564, v.  1

- 4 -