UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-24738-UU

INSTALLER TECHNOLOGY CO.,

    Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD., *et al.*,

    Defendants.
_____/

## **ORDER**

    THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

    THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

    On December 28, 2015, Plaintiff filed this action against Defendants. D.E. 1. On January 7, 2016, Plaintiff filed its First Amended Complaint against Defendants. D.E. 9. Based upon this Court's review of the docket, Plaintiff has not yet served Defendants and/or has failed to file verified proof of service, despite the summons having been issued on January 21, 2016. D.E. 14-15. Accordingly, it is hereby

    ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Friday, February 12, 2016**, as to why Plaintiff has failed to serve Defendants. In the alternative, Plaintiff SHALL file the verified proof of service by this date and/or state, in detail, why Defendant has not yet been served. Failure to comply with this Order will result in the dismissal of this action without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 2d__ day of February, 2016.

*Ursula Ungaro*
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf