UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

INSTALLER TECHNOLOGY CO., a Florida Corporation,

    Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited partnership,

    Defendants.

CASE NO. 1:15-cv-24738-UU

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, INSTALLER TECHNOLOGY CO. ("ITC"), by and through undersigned counsel, hereby files this response to the Court's Order to Show Cause entered February 3, 2016 [D.E. 17], and in support thereof states as follows.

1.    ITC commenced this action against the Defendants on December 28, 2015. It filed its First Amended Complaint on January 7, 2016 [D.E. 9], in part to address this Court's earlier concerns regarding the existence of subject-matter jurisdiction. [D.E. 6].

2.    On December 28, 2015, ITC sent via email and certified mail a letter to Val Gurvits, Esq., the Defendants' international litigation counsel, informing the Defendants of the lawsuit filed against them and requesting that they agree to waive formal service of process pursuant to Fed. R. Civ. P. 4(d). The Defendants were provided with Forms AO 398 and AO 399, the standard forms for such a request.

3. This request was made in the interest of saving the parties the time and expense of navigating the complex issues of serving foreign corporate defendants.

4. Optimistic that the Defendants would agree to waive service of process, ITC did not immediately issue a summons; if service were waived, no summons would be necessary.

5. Mr. Gurvits subsequently informed the undersigned counsel that he is not authorized to accept service of this lawsuit.

6. Nonetheless, the parties engaged in some preliminary negotiations, in which they attempted to resolve some concerns regarding jurisdiction and the existence (or lack thereof) of an arbitration agreement that may have been in effect at the time of the contract, as well as some preliminary settlement negotiations.

7. Those negotiations, while professional and courteous, were ultimately not successful.

8. ITC has sent the summonses to a process server, and is currently in the process of obtaining service. However, due to the nature of the Defendants, it may take some additional time to effectuate such service. Under Fed. R. Civ. P. 4(m), ITC is permitted 120 days to serve its Complaint on the Defendants. As of the time of the filing of this response, only 45 days have elapsed.

9. ITC is cognizant of this Court's busy docket and has not intentionally delayed effectuating service. ITC is dedicated to moving this case forward and vindicating its rights under its contract and applicable law.

10. To the extent this Court has any questions regarding the status of this matter, the undersigned submit that a status conference may be the most effective means of addressing these concerns. Counsel will gladly make themselves available for such a conference.

- 2 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

WHEREFORE, ITC respectfully requests that this matter not be dismissed for failure to serve the Defendants and that the Court's Order to Show Cause be discharged, as well as grant any further relief that this Court deems just and appropriate.

### CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    s/ Aaron M. Dmiszewicki
    Aaron M. Dmiszewicki

Respectfully submitted,

s/Aaron M. Dmiszewicki
Avery A. Dial
Fla. Bar No. 732036
Email: adial@fowler-white.com

Aaron M. Dmiszewicki
Fla. Bar No. 111455
Email: admiszewicki@fowler-white.com

FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:   (954) 377-8100
Facsimile:    (954) 377-8101

- 3 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

CASE NO. 1:15-cv-24738-UU

## SERVICE LIST

CASE NO. 1:15-cv-24738-UU

Val Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
E-Mail: vgurvits@bostonlawgroup.com
Telephone: (617) 928-1800
*Attorney for Propeller Ads and Fastlink*

4828-5856-9774, v. 1