UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

INSTALLER TECHNOLOGY CO., a Florida Corporation,

      Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited partnership,

      Defendants.

CASE NO. 1:15-cv-24738-UU

## NOTICE OF FILING

PLEASE TAKE NOTICE that a copy of the proof of service of initial documents on ADVERTISING TECHNOLOGIES, LTD, which was served on March 8, 2016 has been filed of record with the Clerk of this Court.

I HEREBY CERTIFY that this documents and contents of the proof of service must be considered by the Court on any matter pending before the Court and at the trial of this cause.

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    s/ Avery A. Dial
                                    Avery A. Dial

CASE NO. 1:15-cv-24738-UU

- 2 -

Respectfully submitted,

/s/ Avery A. Dial
Avery A. Dial
Fla. Bar No. 732036
Email: adial@fowler-white.com

Aaron M. Dmiszewicki
Fla. Bar No. 111455
Email: admiszewicki@fowler-white.com

FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:   (954) 377-8100
Facsimile:   (954) 377-8101

4824-2127-6207, v. 1

- 2 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100