Justice Directorate
Civil Law & Legal System Division



The Scottish Government
Riaghaltas na h-Alba

T: 0131-244 4829  F: 0131-244 4848
E: Robert.Packwood@scotland.gsi.gov.uk

Avery A. Dial
Fowler White Burnett]
100 SE 3rd Avenue
21st Floor
Fort Lauderdale
Florida 33394
USA

11th March 2016

Our Ref: **2ADH 018 003/053**

I refer to your request for service on **Advertising Technologies Ltd**.

I can confirm that the documents have been served in accordance with the law of Scotland.

I enclose a copy of the documents served together with a certificate of service and confirmation of delivery from **Royal Mail**.

Yours Faithfully

*[signature]*

**Robert Packwood**
Central Authority & International Law Team

GW.15, St Andrew's House, Regent Road, Edinburgh, EH1 3DG
www.scotland.gov.uk



Case 1:15-cv-24738-UU   Document 20-1   Entered on FLSD Docket 03/23/2016   Page 2 of 10



# Track and Trace - Track your Item
Check the progress of your deliveries

Enter your reference number                                         Fersiwn Cymraeg

Your tracking code will have between 9-21 characters and may be called a reference number, a barcode or simply a reference

AI016544172GB

How to find reference numbers

## Progress of your item

Item: **AI016544172GB**                    Status: **Delivered**
via **Royal Mail Signed For™**             Your item with reference AI016544172GB was delivered from our LANARK/CARLUKE Delivery Office on 08/03/16.

Thank you for using our Royal Mail Signed For™ service

Proof of delivery

Printed name: **CLARK**
Date: **08 March 2016, 10:49am**

Log in or register to save your tracking number and easily check
the progress of your item.

## Recently Tracked Items

Got an account with us? Log in to see items you've recently tracked.

Worried your unopened post          Moving house? Then it's time to
will tell people you're away?       redirect your mail

        Let us look after your mail       Redirection will forward your
                            until you return.                                 mail and protect you from
                                                                              fraud.

Find out more about Keepsafe™ ▸       Why Redirection is important to you ▸

https://www.royalmail.com/track-your-item                            11/03/2016

Civil Action No. 1:15-cv-24738-UU

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or
Commercial Matters, signed at The Hague, the 15th of November 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Avery A. Dial<br>Attorney for Plaintiffs and authorized as Applicant<br>Fowler White Burnett, P.A.<br>100 SE 3rd Avenue, 21st Floor<br>Fort Lauderdale, FL 33394  USA | Scottish Government Justice Directorate<br>Central Authority & International Law Team<br>St. Andrew's House (GW15)<br>EDINBURGH EH1 3DG<br>Scotland, UK |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e, (identity and address):

**Advertising Technologies, LTD**
44 Main Street Douglas
South Lanarkshire
Scotland ML11 0QW, United Kingdom

[X] a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention*.

[ ] b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of Article 5)*:

[ ] c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*.

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.

Service is requested pursuant to the Federal Rules of Civil Procedure, Rule 4(h)(2)

**List of documents:**
Summons in a Civil Action; First Amended Complaint; Insertion Order #2066; Civil Cover Sheet

Done at  Fort Lauderdale, Florida, USA, the 22nd day of February, 2016

Signature _Avery Dial_

\* Delete if inappropriate.

[RECEIVED 01 MAR 2016 stamp]

1

USM-94

Installer v. Advertising, et al.
Civil Action No. 1:15-cv-24738-UU

## Certificate

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,
1) that the document has been served*
    the (date) 06 MARCH 2016
    at (place, street, number) 44 MAIN STREET DOUGLAS, ML11 0QV

--in one of the following methods authorized by article 5 —
    (a) in accordance with the provisions of sub-paragraph (a)
        of the first paragraph of article 5 of the Convention*
    ____ (b) in accordance with the following particular method*:

    ____ (c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to:
-- (identity and description of person) ADVERTISING TECHNOLOGIES LTD

-- relationship to addressee (family, business or other):

2) that the document has not been served, by reason of the following
facts*:

In conformity with the second paragraph of article 12 of the Convention, the applicant is required to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:
SUMMONS
COMPLAINT
INSERTION ORDER

Done at: EDINBURGH ,the 11 MARCH 2016

In appropriate cases, documents
establishing the service:

Signature and/or stamp. [Stamp: Central Authority for Scotland, Scottish Government, Justice Directorate, St. Andrew's House, Regent Road, Edinburgh EH1 3DG]

*delete if inappropriate.

2

USM-94

Installe v. Advertising, et al.
Civil Action No. 1:15-cv-24738-UU

# WARNING

**Identity and address of the addressee**:
**Advertising Technologies, LTD**   (Defendant)
44 Main Street Douglas
South Lanarkshire
Scotland ML11 OQW, United Kingdom

### IMPORTANT

The enclosed document is of a legal nature and may affect your rights and obligations. The "Summary of the Document to Be Served" will give you some information about its nature and purpose. You should however read the document itself carefully. It may be necessary to seek legal advice.

If your financial resources are insufficient you should seek information on the possibility of obtaining legal aid or advice either in the country where you live or in the country where the document was issued.

Enquiries about the availability of legal aid or advice in the country where the document was issued may be directed to:

> United States District Court
> Southern District of Florida
> 400 North Miami Avenue
> Miami, Florida 33128   USA

Installer v. Advertising, et al.
Civil Action No. 1:15-cv-24738-UU

## SUMMARY OF THE DOCUMENT TO BE SERVED
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
(Article 5, fourth paragraph)

**Name and address of the requesting authority:**
Avery A. Dial
Attorney for Plaintiffs and authorized to act as Requesting Authority
Fowler White Burnett, P.A.
100 SE 3rd Avenue, 21st Floor
Fort Lauderdale, FL 33394  USA

**Particulars of the parties\*:**
**Advertising Technologies, LTD**      (Defendant)
44 Main Street Douglas
South Lanarkshire
Scotland ML11 OQW, United Kingdom

## JUDICIAL DOCUMENT**

**Nature and purpose of the document:**

To give notice to the Defendant of the commencement of a civil claim for monetary damages, and to summons it to serve written defenses to the claim.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**

Civil claim for monetary damages with determination of issues as stated in the documents to be determined by the Court of original jurisdiction.

**Date and place for entering appearance\*\*:**

Not applicable (N/A)

**Court which has given judgment\*\*:**

Not applicable (N/A)

**Date of judgment\*\*:**

Not applicable (N/A)

**Time-limits stated in the document\*\*:**

Defendant is to serve written defenses to the action upon the attorney for Plaintiff as listed on the Summons within 21 calendar days after receiving the documents.

## EXTRAJUDICIAL DOCUMENT**

**Nature and purpose of the document:**  Not applicable (N/A)

**Time-limits stated in the document\*\*:** Not applicable (N/A)

---

\* If appropriate, identity and address of the person interested in the transmission of the document.

\*\* Delete if inappropriate.

Installer v. Advertising, et al.
Civil Action No. 1:15-cv-24738-UU

Case 1:15-cv-24738-UU   Document 20-1   Entered on FLSD Docket 03/23/2016   Page 7 of 10

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Avery A. Dial<br>Attorney for Plaintiffs and authorized as Applicant<br>Fowler White Burnett, P.A.<br>100 SE 3rd Avenue, 21st Floor<br>Fort Lauderdale, FL 33394  USA | Scottish Government Justice Directorate<br>Central Authority & International Law Team<br>St. Andrew's House (GW15)<br>EDINBURGH EH1 3DG<br>Scotland, UK |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e, (identity and address):

**Advertising Technologies, LTD**
44 Main Street Douglas
South Lanarkshire
Scotland ML11 0QW, United Kingdom

[X] a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention*.

[ ] b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of Article 5)*:

[ ] c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*.

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.

Service is requested pursuant to the Federal Rules of Civil Procedure, Rule 4(h)(2)

**List of documents:**
Summons in a Civil Action; First Amended Complaint; Insertion Order #2066; Civil Cover Sheet

Done at   Fort Lauderdale, Florida, USA, the 22nd day of February, 2016

_____
Signature  *Avery Dial*

\* Delete if inappropriate.

1

USM-94

Case 1:15-cv-24738-UU   Document 20-1   Entered on FLSD Docket 03/23/2016   Page 8 of 10

Installer v. Advertising, et al.
Civil Action No. 1:15-cv-24738-UU

# Certificate

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,
1) that the document has been served*
   the (date)_____
   at (place, street, number)_____

--in one of the following methods authorized by article 5—
   _____ (a) in accordance with the provisions of sub-paragraph (a)
       of the first paragraph of article 5 of the Convention*
   _____ (b) in accordance with the following particular method*:
   _____

   _____ (c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to:
-- (identity and description of person)_____

-- relationship to addressee (family, business or other):_____

2) that the document has not been served, by reason of the following
facts*:_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is required to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:
_____
_____
_____                    Done at:           ,the
                                                   _____/_____
In appropriate cases, documents
establishing the service:
_____
_____                    Signature and/or stamp.
_____

*delete if inappropriate.

2

USM-94

Case 1:15-cv-24738-UU Document 20-1 Entered on FLSD Docket 03/23/2016 Page 9 of 10

Installer v. Advertising, et al.
Civil Action No. 1:15-cv-24738-UU

# WARNING

Identity and address of the addressee:
**Advertising Technologies, LTD** (Defendant)
44 Main Street Douglas
South Lanarkshire
Scotland ML11 0QW, United Kingdom

## IMPORTANT

The enclosed document is of a legal nature and may affect your rights and obligations. The "Summary of the Document to Be Served" will give you some information about its nature and purpose. You should however read the document itself carefully. It may be necessary to seek legal advice.

If your financial resources are insufficient you should seek information on the possibility of obtaining legal aid or advice either in the country where you live or in the country where the document was issued.

Enquiries about the availability of legal aid or advice in the country where the document was issued may be directed to:

> United States District Court
> Southern District of Florida
> 400 North Miami Avenue
> Miami, Florida 33128   USA

Installer v. Advertising, et al.
Civil Action No. 1:15-cv-24738-UU

## SUMMARY OF THE DOCUMENT TO BE SERVED
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
(Article 5, fourth paragraph)

**Name and address of the requesting authority:**
Avery A. Dial
Attorney for Plaintiffs and authorized to act as Requesting Authority
Fowler White Burnett, P.A.
100 SE 3rd Avenue, 21st Floor
Fort Lauderdale, FL 33394  USA

**Particulars of the parties*:**
**Advertising Technologies, LTD**      (Defendant)
44 Main Street Douglas
South Lanarkshire
Scotland ML11 OQW, United Kingdom

## JUDICIAL DOCUMENT**

**Nature and purpose of the document:**

To give notice to the Defendant of the commencement of a civil claim for monetary damages, and to summons it to serve written defenses to the claim.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**

Civil claim for monetary damages with determination of issues as stated in the documents to be determined by the Court of original jurisdiction.

**Date and place for entering appearance**:**

Not applicable (N/A)

**Court which has given judgment**:**

Not applicable (N/A)

**Date of judgment**:**

Not applicable (N/A)

**Time-limits stated in the document**:**

Defendant is to serve written defenses to the action upon the attorney for Plaintiff as listed on the Summons within 21 calendar days after receiving the documents.

## EXTRAJUDICIAL DOCUMENT**

**Nature and purpose of the document:**  Not applicable (N/A)

**Time-limits stated in the document**:**  Not applicable (N/A)

---

* If appropriate, identity and address of the person interested in the transmission of the document.

** Delete if inappropriate.

4

USM-94