UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

INSTALLER TECHNOLOGY CO., a Florida Corporation,

    Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited partnership,

    Defendants.

CASE NO. 1:15-cv-24738-UU

### AGREED NOTICE OF WITHDRAWAL OF NOTICE OF FILING PROOF OF SERVICE

Plaintiff, INSTALLER TECHNOLOGY CO. ("ITC"), by and through undersigned counsel, hereby files this Agreed Notice of Withdrawal of Notice of Filing Service of Process, and in support thereof states:

On March 23, 2016, ITC filed its proof of service with respect to Defendant Advertising Technologies Ltd. d/b/a Propeller Ads Media ("Propeller Ads"). Upon subsequent communication with counsel for Propeller Ads, during the parties' preparation of their Joint Scheduling Report, it became known to ITC that service was in fact not properly effectuated. The parties lack knowledge as to *who* was served, but it appears clear that it was *not* Propeller Ads, who does not maintain an office or registered agent at the service address.

Notwithstanding the above, counsel for the defendants has agreed to accept service of the Amended Complaint on behalf of *both* defendants, effective March 29, 2016. This acceptance of

service does not waive any of the Defendants' defenses with respect to jurisdiction or venue, and only serves as a waiver to their objections to proper service.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1, I hereby certify that counsel for ITC has conferred with counsel for the defendants in an attempt to resolve the issue of improper service, and that these issues have been resolved.

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/ Avery A. Dial
Avery A. Dial
Fla. Bar No. 732036
Email: adial@fowler-white.com

Aaron M. Dmiszewicki
Fla. Bar No. 111455
Email: admiszewicki@fowler-white.com

FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:   (954) 377-8100
Facsimile:     (954) 377-8101

- 2 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

CASE NO. 1:15-cv-24738-UU

- 3 -

## SERVICE LIST

CASE NO. 1:15-cv-24738-UU

Val Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
E-Mail: vgurvits@bostonlawgroup.com
Telephone: (617) 928-1800
*Attorney for Propeller Ads and Fastlink*

4851-6292-6127, v.  1