UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| INSTALLER TECHNOLOGY CO., a Florida Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited partnership,<br><br>    Defendants. | CASE NO. 1:15-cv-24738-UU |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-STYLED COURT:

YOU ARE HEREBY NOTIFIED that the undersigned attorney does hereby enter his appearance as attorney of record and local counsel for the Defendants ADVERTISING TECHNOLOGIES LTD and FASTLINK SUPPLIES, LP (collectively, the "Defendants"), in the above-styled cause and you are hereby requested to furnish the said attorney with copies of all future motions, orders, etc., in this cause.

Respectfully submitted this 2nd day of April, 2016.

                COBB EDDY, PLLC
                *Attorneys for Defendants*
                642 Northeast Third Avenue
                Fort Lauderdale, Florida 33304
                Telephone (954) 527-4111
                Facsimile  (954) 900-5507

                **By:   /s/ BRADY J. COBB**
                BRADY J. COBB, ESQUIRE
                Florida Bar No. 031018
                bcobb@cobbeddy.com

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below this 2nd day of April, 2016.

/s/ Brady J. Cobb
Brady J. Cobb

**SERVICE LIST**
CASE NO. 1:15-cv-24738-UU

Avery A. Dial
Fla. Bar No. 732036
Email: adial@fowler-white.com
Aaron M. Dmiszewicki
Fla. Bar No. 111455
Email: admiszewicki@fowler-white.com
FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:   (954) 377-8100
Facsimile:    (954) 377-8101
*Counsel for Plaintiff*