UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-24738-UU

INSTALLER TECHNOLOGY, CO.,

    Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD., *et al.*,

    Defendants.
_____/

**ORDER**

    THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

    THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

    On February 25, 2016, the Court issued a Planning and Scheduling Order requiring Plaintiffs to file verified proof of service upon Defendants. D.E. 19. Based upon this Court's review of the docket, Plaintiff has not yet issued its summons upon Defendants, although Defendants' attorney has made an appearance. The Court's Planning and Scheduling Order requires Plaintiff to file verified proof of service. D.E. 19. Without proof of service, this Court is unable to determine whether Defendants are in default for failing to timely file a response. Accordingly, it is hereby

    ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Friday, <u>April 8, 2016</u>**, as to why Plaintiff has failed to file a properly executed verified proof of service. In the alternative, Plaintiff SHALL file the verified proof of service by this date and/or

state, in detail, why Defendants have not yet been served.  <u>Failure to comply with this Order will result in the dismissal of this action without further notice</u>.

DONE AND ORDERED in Chambers at Miami, Florida, this _4th_ day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf