UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

INSTALLER TECHNOLOGY CO., a Florida Corporation,

    Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited partnership,

    Defendants.

CASE NO. 1:15-cv-24738-UU

## NOTICE OF FILING

PLEASE TAKE NOTICE that a copy of the Waivers of Service for Advertising Technologies Ltd. d/b/a Propeller Ads Media and Fastlink Supplies LP, executed by Brady Cobb, Esq., which has been served on April 7, 2016, has been filed of record with the Clerk of this Court.

I HEREBY CERTIFY that this documents and contents of the proof of service must be considered by the Court on any matter pending before the Court at the trial of this cause.

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Avery A. Dial
Avery A. Dial


Respectfully submitted,


/s/ Avery A. Dial
Avery A. Dial
Fla. Bar No. 732036
Email: adial@fowler-white.com

Kevin P. Yombor
Fla. Bar No. 111827
Email: kyombor@fowler-white.com

FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:   (954) 377-8100
Facsimile:   (954) 377-8101

## SERVICE LIST

CASE NO. 1:15-cv-24738

Brady J. Cobb, Esq.
Cobb Eddy, PLLC
642 NE Third Avenue
Ft. Lauderdale, FL 33304
E-Mail: bcobb@cobbeddy.com
Telephone: (954) 527-4111
Facsimile: (954) 900-5507
Attorney for FASTLINK SUPPLIES LP, a
foreign limited partnership

4812-0575-8256, v. 1