UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

INSTALLER TECHNOLOGY CO., a Florida Corporation,

    Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited partnership,

    Defendants.

CASE NO. 1:15-cv-24738-UU

## **PLAINTIFF'S RESPONSE TO COURT'S SUA SPONTE ORDER**

Plaintiff, INSTALLER TECHNOLOGY CO. ("ITC"), by and through undersigned counsel, hereby files its response to this Court's *sua sponte* Order [**D.E. 24**], and in support thereof states:

On March 23, 2016, ITC filed its proof of service with respect to Defendant Advertising Technologies Ltd. d/b/a Propeller Ads Media ("Propeller Ads"). Upon subsequent communication with counsel for Propeller Ads, during the parties' preparation of their Joint Scheduling Report, it became known to ITC that service was in fact not properly effectuated. The parties lack knowledge as to *who* was served, but it appears clear that it was *not* Propeller Ads, who does not maintain an office or registered agent at the service address.

Thereafter, on March 29, 2016, undersigned filed an Agreed Notice of Withdrawal of Notice of Filing Proof of Service [**D.E. 21**] advising this Court that counsel for the Defendants has agreed to accept service of the Amended Complaint on behalf of *both* defendants, effective March 29, 2016. This acceptance of service did not waive any of the Defendants' defenses with respect to jurisdiction or venue, and only serves as a waiver to their objections to proper service.

In furtherance of this agreement, on April 7, 2016, Plaintiff filed a Notice of Filing [**D.E. 25**] advising this Court that copies of the Waivers of Service for Advertising Technologies Ltd. d/b/a Propeller Ads Media and Fastlink Supplies LP, executed by Brady Cobb, Esq., which was served on April 7, 2016, has been filed of record with the Clerk of this Court.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to S.D. Fla. L.R. 7.1, I hereby certify that counsel for ITC has conferred with counsel for the defendants in an attempt to resolve the issue of improper service, and that these issues have been resolved.

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/Avery A. Dial
Avery A. Dial
Fla. Bar No. 732036
Email: adial@fowler-white.com

Kevin P. Yombor
Fla. Bar No. 111827
Email: kyombor@fowler-white.com

FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:   (954) 377-8100
Facsimile:   (954) 377-8101

4829-8453-6368, v. 1