# BOSTON LAW GROUP, PC

### ATTORNEYS AT LAW

825 BEACON STREET, SUITE 20
NEWTON CENTRE, MASSACHUSETTS 02459

Main (617) 928-1800

Fax (617) 928-1802

## NOTICE OF INTENT TO FILE SUIT
## FOR BREACH OF CONTRACT AND FRAUD

**Via Certified Mail and Email**

December 18, 2015

Christopher Miseresky
Installer Technology Co.
407 Lincoln Road, Suite 502
Miami Beach, Florida 33139
chris@installertech.com

Christopher Miseresky
Netnucleus USA, Inc.
407 Lincoln Road, Suite 502
Miami Beach, Florida 33139

> **Re:** **Advertising Technologies LTD and Fastlink Supplies LP v.**
> **Christopher Miseresky, Installer Technology Co. and Netnucleus USA, Inc.**

Dear Mr. Miseresky,

This law firm is international litigation counsel to Advertising Technologies LTD d/b/a "Propeller Ads Media" ("Propeller") and Fastlink Supplies LP ("Fastlink"). Please direct all future communications regarding this matter to my attention.

You are hereby put on notice of my clients' intention to file suit against yourself personally, your dissolved company Installer Technology Co. ("ITC") and its successor company Netnucleus USA, Inc ("NUI") for breach of contract, unfair business practices, fraud and other related causes of action unless my clients' claims are immediately resolved.

My clients' claims arise out of (but are not limited to) the following facts:

In or about September of 2014, you entered into a binding agreement on behalf of ITC with Propeller whereby Propeller would place advertisements for ITC on the internet. Pursuant to this agreement, ITC would show tens of millions of advertisements to internet users, who would then be directed to ITC's website resulting in conversions and revenue to ITC amounting to almost a million dollars. ITC was required to compensate Propeller for these services. A copy of the terms of the agreement signed by you is attached hereto as <u>Exhibit 1</u>.

1

However, even from the beginning of this business relationship, ITC regularly failed to make payment on the amounts it owed Propeller. In accordance with the terms of the agreement between the parties, Propeller would invoice ITC on a weekly basis and ITC was required to pay that invoice within 7 days. However, starting in November 2014, ITC began delaying payments on invoices until it was regularly over 45 days late. By March of 2015, ITC was paying invoices 60 days late. For instance, ITC did not pay its June 8, 2015 invoice until August 11, 2015.

Unfortunately, late payments were the least of Propeller's worries. Prior to June of 2015, on at least three occasions ITC failed to make payments at all on outstanding amounts. ITC paid only $16,066.11 out of the due $18,589.97 on the December 8, 2014 invoice (and only paid that amount on January 8, 2015). ITC completely failed to pay the $14,105.32 February 3, 2015 invoice and the $22,741.73 May 18, 2015 invoice.

Propeller made multiple requests for payments on these invoices and you, as a Director of ITC, told Propeller either that the payments were forthcoming or that the payments were made. Based on your representations, Propeller continued to provide advertising services to ITC. However, your representations were false as you never actually sent payment. You continued to claim that the payments were "lost," but these were clearly intentional misrepresentations to induce Propeller to continue providing services from which you were receiving revenue but for which you would not pay.

In the later stages of the relationship between the parties, when you were making payments on the invoices, those payments were coming from your company NUI, where you are listed as the Chief Executive Officer. Given that payments started coming from NUI, that you are the only listed officer and director of both NUI and ITC and that ITC was dissolved on September 25, 2015, it is obvious that NUI is the successor business vehicle to ITC and is therefore responsible for ITC's liabilities in addition to you personally.

By June of 2015, invoicing operations for Propeller were taken over by Fastlink, which sent its first invoice to ITC on June 8, 2015. Although that invoice was finally paid partly on August 11, 2015 and partly on September 1, 2015, that was the last payment you ever made for the services provided by Propeller.

Thereafter and through October of 2015, despite regular invoicing by Fastlink for payment on the amounts due, you, ITC and NUI failed to make payment as required. Upon multiple requests for payment over many months, you told my clients that payment was forthcoming. Based on these continued representations, Propeller continued to provide services to you and your companies, making you significant money in the process, but your representations were clearly false as you never intended to make any payment thereafter. You made these representations solely for the purpose of fraudulently inducing Propeller to continue providing services to you and your companies, even when my clients were not going to be paid for those services.

To date, you, ITC and NUI are in arrears of **$263,112.99** for services provided by Propeller. Propeller continued to provides its services to you, ITC and NUI based on your

personal representations to Propeller and Fastlink that they would be promptly and properly paid. Your representations were false and it is clear that they were made with the intent to fraudulently induce Propeller into providing you traffic and conversions, for which you were paid and from which you benefitted. From your, ITC and NUI's actions and omissions in this business relationship with my clients, it is clear that you, ITC and NUI never intended to make payment for the services my clients provided and for which you contracted, even though you and your companies were getting paid for the conversions that Propeller was supplying.

Your and your companies' actions and omissions as stated herein constitute a breach of your contractual duties, fraud and unfair business practices. As a result of your and your companies' breach, fraud, unfair business practices and potentially criminal actions, my client has suffered and continues to suffer financial and other damages.

In light of the damages you have caused my client, **my clients hereby demand that, within ten (10) days of the date hereof, you make payment in the amount of $263,112.99 to Fastlink**.

Please be advised that if you fail to comply with my clients' demands, my clients will seek to hold you liable for their damages by filing suit against ITC, NUI and you personally for breach of contract, fraud, unfair business practices and related causes of action, seeking all damages, plus attorney's fees, costs and punitive damages.

This letter is not intended to constitute, nor shall it be deemed to constitute, a full statement of all facts, rights or claims relating to this matter, nor is it intended, nor shall it be construed as a waiver, release or relinquishment of any defenses, rights or remedies available to my clients, whether legal or equitable, all of which are hereby expressly reserved.

Very Truly Yours,

Val Gurvits, Esq.

3

# Exhibit
# 1

**Insertion Order #  2066**                                                                                  11/09/2014

### 1.   - Contact Information

| PUBLISHER INFORMATION: | | ADVERTISER  INFORMATION: | |
|---|---|---|---|
| Company legal name | Advertising Technologies LTD | Company legal name | Installer Technology Co. |
| Trading as | PropellerAds Media | Trading as | Installer Technology Co. |
| Contact name | Ivan Assovskiy | Contact name | Chris Miseresky |
| Legal address | BVI Company number: 1730759 Quijano Chambers, P.O. Box 3159, Road Town, Tortola, BVI. | Legal address | 407 Lincoln Road Suite 502 |
| Physical address | Room 4.08 Fleet House, 8-12 New Bridge St. EC 4V 6AL | Physical address | 407 Lincoln Road Suite 502 |
| City/State/Country | London/ UK | City/State/ZIP | Miami Beach, FL US 33139 |
| Email (required) | l.assovskiy@propellerads.com | Email (required) | chris@installertech.com |
| Phone (required) | +442032866693 | Phone (required) | +1-855-448-2777 Ext 134 |

### 2.- Campaign Information

| Campaign Name: | InstallerTech | Campaign basis, rates | CPM=5,5 $ |
|---|---|---|---|
| Url/ category | Software | Payment terms | Weekly payments |
| Ad units | Popunders | Daily Budget | Approved between both parties |
| Countries | US | Frequency capacity | 1/24 |
| Traffic type (mobile/ display) | Desktop | | |
| Special notes | - The total sum of impressions, leads, conversions and revenue count is to be based on PropellerAds Media statistics. In case of  unmatched counting between the Advertiser and PropellerAds Media, the final sum is to be decided in favor of PropellerAds network stats, as it is unbiased and the most precise way of delivering statistics for both sides. - Each lead will cost not more than 70$ | | |

### 3.- Billing information

| |
|---|
| **Bank: AS LATVIJAS PASTA BANKA** **Bank address: 54 Brivibas street, Riga, LV-1011, Latvia** **Account name: Advertising Technologies LTD** **Bank code: LAPBLV2X** **Currency: Multicurrency** **IBAN: LV48LAPB0000046054926** |

### 4. - Authorization: Signing this document contractually binds the Advertiser and the Publisher

| Advertising Technologies LTD Authorized Signature: | | | Date: | 11/09/2014 |
|---|---|---|---|---|
| Advertiser Authorized Signature: | | | Date: | |