UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 15-24738-CIV-UNGARO

INSTALLER TECHNOLOGY CO.,

        Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD., et al.,

        Defendant.
_____/

## ORDER RE-SETTING INITIAL PLANNING AND SCHEDULING CONFERENCE

**THIS CAUSE** is hereby re-set for an Initial Planning and Scheduling Conference before the Honorable Ursula Ungaro, at the United States Courthouse, 400 North Miami Avenue, Room 12-4, Miami, Florida, on **Friday, MAY 20, 2016 at 10:00 A.M.**

**DONE AND ORDERED** this 3 day of May, 2016 at Miami, Florida.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: all counsel of record