UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| INSTALLER TECHNOLOGY CO., a Florida corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited company,<br><br>    Defendants.<br><br>ADVERTISING TECHNOLOGIES LTD., a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited partnership,<br><br>    Counterclaimants,<br><br>v.<br><br>INSTALLER TECHNOLOGY CO., a Florida corporation, CHRISTOPHER MISERESKY, an individual, and NETNUCLEUS USA, INC., a Florida corporation,<br><br>    Counterdefendants and<br>    Third-Party Defendants. | CASE NO. 1:15-cv-24738-UU |

**AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM/THIRD-PARTY COMPLAINT**

Plaintiff/Counterdefendant, INSTALLER TECHNOLOGY CO. ("ITC"), Third-Party Defendant, CHRISTOPHER MISERESKY ("Miseresky"), and Third-Party Defendant, NETNUCLEUS USA, INC. ("NetNucleus"), by and through undersigned counsel, hereby files

...

CASE NO. 1:15-cv-24738-UU

- 2 -

this Agreed Motion for Extension of Time to Respond to the Defendants' Counterclaim/Third-Party Complaint and states:

1. ITC commenced this action on December 28, 2015 [D.E. 1]. ITC filed its First Amended Complaint on January 7, 2016 [D.E. 8].

2. Due to several delays in effecting service, Defendants Advertising Technologies Ltd. ("Propeller Ads") and Fastlink Supplies LP ("Fastlink") (collectively, the "Defendants") did not file a responsive pleading until April 19, 2016 [D.E. 28].

3. The allegations in the Counterclaim/Third-Party Complaint have required additional investigation by the undersigned counsel in order to prepare an adequate response.

4. Accordingly, ITC, Miseresky, and NetNucleus request a brief extension of time, up to and including May 16, 2016, to file its responsive pleading to the Counterclaim/Third-Party Complaint.

5. The Defendants will not be prejudiced by this Motion and have consented to the relief sought in this Motion.

6. This Motion is being made in good faith and not for purposes of delay or prejudice.

WHEREFORE, ITC, Miseresky, and NetNucleus respectfully request that the Court grant them an extension of time up to and including May 16, 2016 to respond to the Defendants' Counterclaim/Third-Party Complaint, and for such other and further relief that this Court deems just and proper.

- 2 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

CASE NO. 1:15-cv-24738-UU

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that the undersigned counsel has conferred with all parties who may be affected by the relief sought, and that such parties do not object to the relief sought.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Aaron M. Dmiszewicki
Aaron M. Dmiszewicki


Respectfully submitted,


/s/ Aaron M. Dmiszewicki
Aaron M. Dmiszewicki
Fla. Bar No. 111455
Email: admiszewicki@fowler-white.com

Avery A. Dial
Fla. Bar No. 732036
Email: adial@fowler-white.com

FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:   (954) 377-8100
Facsimile:    (954) 377-8101

CASE NO. 1:15-cv-24738-UU

- 4 -

## SERVICE LIST

CASE NO. 1:15-cv-24738

Brady J. Cobb, Esq.
Cobb Eddy, PLLC
642 NE Third Avenue
Ft. Lauderdale, FL 33304
E-Mail: bcobb@cobbeddy.com
Telephone: (954) 527-4111
Facsimile: (954) 900-5507
***Attorney for FASTLINK and PROPELLER ADS***

4840-6551-6849, v. 1

- 4 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100