UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| INSTALLER TECHNOLOGY CO., a Florida corporation,<br><br>      Plaintiff,<br><br>v.<br><br>ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited company,<br><br>      Defendants.<br><br>ADVERTISING TECHNOLOGIES LTD., a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited partnership,<br><br>      Counterclaimants,<br><br>v.<br><br>INSTALLER TECHNOLOGY CO., a Florida corporation, CHRISTOPHER MISERESKY, an individual, and NETNUCLEUS USA, INC., a Florida corporation,<br><br>      Counterdefendants and<br>      Third-Party Defendants. | CASE NO. 1:15-cv-24738-UU |

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM/THIRD-PARTY COMPLAINT**

      In consideration of Plaintiff/Counterdefendant, INSTALLER TECHNOLOGY CO.'S ("ITC"), Third-Party Defendant, CHRISTOPHER MISERESKY'S ("Miseresky"), and Third-Party Defendant, NETNUCLEUS USA, INC.'S ("NetNucleus") Agreed Motion for Extension of

CASE NO. 1:15-cv-24738-UU

Time to Respond to Counterclaim/Third-Party Complaint, it is hereby ORDERED and ADJUDGED that:

    1.    ITC's, Miseresky's, and NetNucleus's Motion for Extension of Time is hereby GRANTED.

    2.    ITC, Miseresky, and NetNucleus shall have up to and including May 16, 2016 to file a responsive pleading to the Counterclaim/Third-Party Complaint [D.E. 28].

DONE AND ORDERED in Chambers at Miami in the Southern District of Florida on this _____ day of _____, 2016.

                                                                          _____
                                                                          URSULA UNGARO
                                                                          DISTRICT COURT JUDGE

4852-7629-4449, v. 1