UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-24738-UU

INSTALLER TECHNOLOGY, CO.,

    Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD., *et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE is before the Court upon Agreed Motion for Extension of Time to Respond to Counterclaim/Third-Party Complaint.  D.E. 31.

THE COURT has reviewed the Motion, the pertinent portions of the record and is otherwise fully advised in the premises.

ORDERED AND ADJUDGED that Agreed Motion for Extension of Time to Respond to Counterclaim/Third-Party Complaint (D.E. 31) is DENIED.

DONE AND ORDERED in Chambers, Miami, Florida, this _10th_ day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record.