**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:15-cv-24738-UU

INSTALLER TECHNOLOGY, CO.,

    Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD., *et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On April 19, 2016, Defendants filed their Answer and Counterclaim/Third-Party Complaint. D.E. 28. As such, Plaintiff/Counter-Defendant, Installer Technology, and Third-Party Defendants, Christopher Miseresky and Netnucleus USA, Inc.'s Response to Defendants/Counter-Plaintiffs' Complaint was due on May 10, 2016. Fed. R. Civ. P. 12(a)(1)(B). However, Plaintiff/Counter-Defendant and Third-Party Defendants failed to respond to the Counterclaim/Third-Party Complaint. Because these parties have failed to respond, these parties are in default for failing to file a timely response. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Clerk of the Court SHALL enter Default against Counter-Plaintiff, Installer Technology, and Third-Party Defendants, Christopher Miseresky and Netnucleus USA, Inc.

ORDERED AND ADJUDGED that Defendant SHALL file a Motion for Final Default Judgment against these parties, duly supported by affidavits and other documentation and a proposed Final Order by **Wednesday, May 18, 2016**.  Failure to comply with this Order will result in the immediate dismissal of this action.

DONE AND ORDERED in Chambers at Miami, Florida, this _13th_ day of May, 2016.

*/s/ Ursula Ungaro*
_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf