UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-24738-UU

INSTALLER TECHNOLOGY, CO.,

    Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD., *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Unopposed Motion to Set Aside Order to File Motion for Default Judgment.  D.E. 37.

THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises.

On April 19, 2016, Defendants filed their Answer and Counterclaim/Third-Party Complaint.  D.E. 28.  As such, Plaintiff/Counter-Defendant, Installer Technology, and Third-Party Defendants, Christopher Miseresky and Netnucleus USA, Inc.'s Response to Defendants/Counter-Plaintiffs' Complaint was due on May 10, 2016.  Fed. R. Civ. P. 12(a)(1)(B).  However, Plaintiff/Counter-Defendant and Third-Party Defendants failed to respond to the Counterclaim/Third-Party Complaint.  On May 13, 2016, Plaintiff/Counter-Defendant/Third-Party Defendants filed their Motion to Dismiss Counts II, III, IV, and V of Counterclaim and to Dismiss Christopher Miseresky from the Lawsuit Entirely.  D.E. 33.  In addition, Plaintiff/Counter-Defendant, Installer Technology Co., filed its Answer and Affirmative Defenses to Defendants' Counterclaim.  D.E. 34.  On the same day, May 13, 2016,

this Court ordered the Clerk to enter default as to Plaintiff/Counter-Defendant and Third-Party Defendants for their failure to respond to Plaintiff's Complaint.  D.E. 35.

On May 15, 2016, the parties filed their Unopposed Motion to Set Aside Order to File Motion for Default Judgment.  D.E. 37.  In their Motion, the Counter-Defendants/Third-Party Defendants argue that they entered a responsive pleading before the Court entered her Order and the Defendants filed their own motion for default.  *Id.*  In addition, they argue that even if they were late in filing under the Federal Rules, their actions manifestly indicate intent to defend in this action.  *Id.*

Under Federal Rule of Civil Procedure 55(c), a Clerk's Default may be set aside upon a showing of good cause.  Fed. R. Civ. P. 55(c).  Here, the Court is satisfied that the parties' Motion meets the good cause standard.

In accordance with the foregoing, it is hereby

ORDERED AND ADJUDGED that:

(1)     The Motion, (D.E. 37), is GRANTED;

(2)     The Court's Order, (D.E. 35), is VACATED;

(3)     Plaintiff/Counter-Defendant, ITC's Answer and Affirmative Defenses to Defendants' Counterclaim, (D.E. 34), is deemed effective; and

(4)     Defendants/Counter-Plaintiffs SHALL file their Response to Plaintiff/Counter-Defendant/Third-Party Defendants' Motion to Dismiss Counts II, III, IV, and V (D.E. 33) no later than **Monday, May 23, 2016**.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf