**UNITED STATES DISTRICT COURT**
**SOUTHER DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| INSTALLER TECHNOLOGY CO., a Florida corporation, | Case No. |
| | 1:15-cv-24738-UU |
|     Plaintiff, | |
| | |
| v. | |
| | |
| ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign limited company, and FASTLINK SUPPLIES LP, a foreign limited company, | |
| | |
|     Defendants. | |

| |
|---|
| ADVERTISING TECHNOLOGIES LTD., a foreign limited company, and FAST LINK SUPPLIES LP, a foreign limited company, |
| |
|     Counter-Plaintiffs, |
| |
| v. |
| |
| INSTALLER TECHNOLOGY CO., a Florida corporation, CHRISTOPHER MISERESKY, an individual, and NETNUCLEUS USA, INC., a Florida corporation, |
| |
|     Counter-Defendants and |
|     Third-Party Defendants. |

**<u>DEFENDANTS UNOPPOSED MOTION TO APPEAR TELEPHONICALLY FOR THE INITIAL PLANNING CONFERENCE</u>**

Defendants Advertising Technologies Ltd. d/b/a Propeller Ads Media ("Propeller") and Fastlink Supplies LP ("Fastlink," and together with Propeller, "Defendants"), and file this their Motion to appear telephonically for the Initial Planning Conference that was set by this Court's Order (D.E. 36) for May 27, 2016 at 10:00 a.m., and in support thereof state the following:

1.      On May 14, 2016, this Court reset (D.E. 36) the Initial Planning Conference to occur on May 27, 2016 at 10:00 am.

2.      Undersigned counsel will be out of the country on a pre-paid vacation with his family for the Memorial Day weekend, and his son's birthday on May 27, 2016.

3.      However, undersigned counsel can appear telephonically for currently scheduled Initial Planning Conference on May 27, 2016 at 10:00 a.m. Accordingly, undersigned respectfully requests that this Honorable Court excuse Defendants' counsels personal appearance at the Initial Planning Conference on May 27, 2016, and instead allow undersigned counsel to appear telephonically for the Planning Conference.

4.      This motion is not made for the purposes of delay, and no party will be prejudiced by the granting of the relief sought herein.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Undersigned counsel have conferred with counsel for Plaintiff with regard the relief requested herein and counsel for Plainitiff has advised that there is no objection to the requested telephonic appearance.

Respectfully submitted this 18th day of May, 2016.


/s/ Brady J. Cobb_____
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcocc@cobbeddy.com

*Attorney for Defendants/Counter-Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the attached service list this 18th day of May, 2016.

**Service List**
**1:15-cv-24738-UU**

Avery A. Dial
Fowler White Burnett, P.A.
One Southeast 3rd Avenue
21st Floor
Fort Lauderdale, FL 33394
954-377-8100
954-377-8101 (fax)
adial@fowler-white.com

Aaron Michael Dmiszewicki
Fowler White Burnett, P.A.
One Financial Plaza
100 SE Third Avenue, 21st Floor
Fort Lauderdale, FL 33394
(954) 377-8100
admiszewicki@fowler-white.com