UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| INSTALLER TECHNOLOGY CO., a Florida corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign limited company, and<br>FASTLINK SUPPLIES LP, a foreign limited company,<br><br>    Defendants.<br><br>ADVERTISING TECHNOLOGIES LTD., a foreign limited company, and<br>FAST LINK SUPPLIES LP, a foreign limited company,<br><br>    Counter-Plaintiffs,<br><br>v.<br><br>INSTALLER TECHNOLOGY CO., a Florida corporation,<br>CHRISTOPHER MISERESKY, an individual, and<br>NETNUCLEUS USA, INC., a Florida corporation,<br><br>    Counter-Defendants and<br>    Third-Party Defendants. | Case No.<br>1:15-cv-24738-UU |

**<u>DEFENDANTS UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE IN OPPOSITION TO PLAINTIFF-COUNTERDEFENDANT'S MOTION TO DISMISS COUNTS II, III, IV AND V OF THE COUNTERCLAIM AND TO DISMISS CHIRSTOPHER MISERESKY</u>**

1

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Defendants Advertising Technologies Ltd. d/b/a Propeller Ads Media ("Propeller") and Fastlink Supplies LP ("Fastlink," and together with Propeller, "Defendants"), and file this their Motion for Extension of Time to File It's Response in Opposition to Plaintiff-CounterDefendants Motion to Dismiss Counts II, III, IV and V of the Counterclaim and to Dismiss Christopher Miseresky (the "Motion") (D.E. 33) and in support thereof state the following:

1. At the outset, counsel for Defendants wants to note that he understands that the Court's deadlines are to be taken seriously, and that this request for an extension is predicated upon good cause related to (a) counsel Brady J. Cobb, Esquire being involved in a non-jury administrative hearing and having to submit a proposed recommended order for the same that is due on or before Friday May 27, 2016, and (b) undersigned counsel having an extremely burdensome litigation schedule including having to file and/or respond to several dispositive motions over the past two (2) weeks, a speaking engagement for an industry conference in Chicago, filing of an answer in large adversary bankruptcy proceeding in the Northern District of Texas, and responding to four motions to dismiss in a complex shareholder/derivative action that is pending in the Circuit Court in and for Palm Beach County, Florida, among other matters. This is not to minimize the daily challenges facing the Court and its dutiful staff, but is submitted to show good cause as to why the relief sought herein is being requested.

2. On April 19, 2016, Defendants filed their Answer, Affirmative Defenses, Counterclaim and Third Party Complaint (D.E. 28). On May 13, 2016, Plaintiff filed the Motion, and per this Court's Order dated May 17, 2016 (D.E. 38), Defendants response to the Motion was due on or before May 23, 2016.

3. Due to the aforementioned good cause, and a scheduling error on the part of the undersigned (occasioned by counsel's assistant going on maternity leave and undersigned attempting to schedule matters himself until the replacement arrived, with disastrous results as we can see), undersigned counsel and Defendants respectfully request that Defendants be granted a short extension of an additional two (2) days to file their Response in Opposition to the Motion, making the new due date May 25, 2016.

4. Defendants have not sought an extension of time to date in this matter to date, Plaintiff-CounterDefendant has agreed to the relief sought herein, and the requested extension is sought in good faith, not for the purposes of delay, and will not prejudice any party.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Undersigned counsel have conferred with counsel for Plaintiff with regard the relief requested herein and counsel for Plaintiff has advised that there is no objection to the requested extension.

Respectfully submitted this 24th day of May, 2016.

**/s/ Brady J. Cobb**
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcocc@cobbeddy.com
*Attorney for Defendants/Counter-Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the attached service list this 24th day of May, 2016.

**Service List**
**1:15-cv-24738-UU**

Avery A. Dial
Fowler White Burnett, P.A.
One Southeast 3rd Avenue
21st Floor
Fort Lauderdale, FL 33394
954-377-8100
954-377-8101 (fax)
adial@fowler-white.com

Aaron Michael Dmiszewicki
Fowler White Burnett, P.A.
One Financial Plaza
100 SE Third Avenue, 21st Floor
Fort Lauderdale, FL 33394
(954) 377-8100
admiszewicki@fowler-white.com