UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-24738-UU

INSTALLER TECHNOLOGY, CO.,

    Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD., *et al.*,

    Defendants.

_____/

## ORDER

The Initial Planning and Scheduling Conference in this matter is hereby re-set to **Friday, June 17, 2016, at 10:00 AM**.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf