UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-24738-UU

INSTALLER TECHNOLOGY, CO.,

    Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD., *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Unopposed Motion to Appear Telephonically for the Initial Planning Conference (D.E. 39) and Defendants' Unopposed Motion for Extension of Time to File their Response in Opposition to Plaintiff-Counterdefendant's Motion to Dismiss Counts II, III, IV, and V of the Counterclaim and to Dismiss Christopher Miseresky (D.E. 40).

THE COURT has considered the Motions, the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Defendants' Unopposed Motion to Appear Telephonically for the Initial Planning Conference (D.E. 39) and Defendants' Unopposed Motion for Extension of Time to File their Response in Opposition to Plaintiff-Counterdefendant's Motion to Dismiss Counts II, III, IV, and V of the Counterclaim and to Dismiss Christopher Miseresky (D.E. 40) are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _27th_ day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf