UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-24738-UU

INSTALLER TECHNOLOGY, CO.,

    Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD., *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE comes before the Court upon *sua sponte* examination of the record.

THE COURT has considered the the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Defendant/Counter-Plaintiff/Third-Party Plaintiff SHALL respond to Plaintiff/Counter-Defendant/Third-Party Defendants' Motion to Dismiss (D.E. 47) on or before **Thursday, June 23, 2016**.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of June, 2016.

                                                           _____
                                                          UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf