# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

| | |
|---|---|
| INSTALLER TECHNOLOGY CO., a Florida corporation,<br><br>     Plaintiff,<br><br>v.<br><br>ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign limited company, and<br>FASTLINK SUPPLIES LP, a foreign limited company,<br><br>     Defendants. | Case No.<br>1:15-cv-24738-UU |
| ADVERTISING TECHNOLOGIES LTD., a foreign limited company, and<br>FASTLINK SUPPLIES LP, a foreign limited company,<br><br>     Counter-Plaintiffs,<br><br>v.<br><br>INSTALLER TECHNOLOGY CO., a Florida corporation,<br>CHRISTOPHER MISERESKY, an individual, and<br>NETNUCLEUS USA, INC., a Florida corporation,<br><br>     Counter-Defendants and<br>     Third-Party Defendants. | |

1

**UNOPPOSED MOTION FOR VALENTIN GURVITS TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Valentin Gurvits ("Mr. Gurvits") of the law firm of Boston Law Group, PC, 825 Beacon Street, Suite 20, Newton, Massachusetts 02459, Telephone No.: 617.928.1804, Telecopy No.: 617.928.1802, for purposes of appearance as counsel on behalf of Defendants Advertising Technologies Ltd. and Fastlink Supplies LP ("Defendants"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Gurvits to receive electronic filings in this case, and in support thereof states as follows:

1. Mr. Gurvits is not admitted to practice in the Southern District of Florida, but is a member in good standing of the State Bar of Massachusetts. Mr. Gurvits is also admitted to practice in the United States District Court for the District of Massachusetts.

2. Mr. Gurvits has not made more than three appearances within a 365-day period in separate representations before the Courts of this District. *See* Rule 4, Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida.

3. Movant, Brady J. Cobb, of the law firm of Cobb Eddy, PLLC, 642 Northeast Third Avenue, Fort Lauderdale, Florida 33304, Telephone No.: 954.527.4111, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

4. In accordance with the local rules of this court, Mr. Gurvits has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto as Exhibit "A," and a certificate of good standing from the State Bar of Massachusetts is attached hereto as Exhibit "B."

5. Mr. Gurvits, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to, Valentin Gurvits, Esquire at email address: vgurvits@bostonlawgroup.com.

WHEREFORE, Brady J. Cobb, Esquire, moves this Court for an Order for Valentin Gurvits, Esquire, to appear before this Court on behalf of Defendants for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Valentin Gurvits, Esquire at vgurvits@bostonlawgroup.com. A proposed Order is attached hereto as Exhibit "C."

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

I hereby certify that counsel for the movant conferred with all parties or non-parties who may be affected by the relief sought in this motion, including Plaintiff's counsel, in a good faith effort to resolve the issues and Plaintiff has no objection to the relief sought herein.

/s/ Brady J. Cobb
Brady J. Cobb

Dated:  July 11, 2016            Respectfully submitted,

s/ Brady J. Cobb
Brady J. Cobb, Esq., Fla. Bar No. 031018
Email:  bcobb@cobbeddy.com
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone:  954.527.4111
Telecopy:  954.900.5507

*Counsel for Defendants Advertising Technologies Ltd.
and FastLink Supplies LP*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the attached service list this 11th day of July, 2016.

                                        /s/ Brady J. Cobb
                                        Brady J. Cobb

**Service List**
**1:15-cv-24738-UU**

Avery A. Dial
Fowler White Burnett, P.A.
One Southeast 3rd Avenue
21st Floor
Fort Lauderdale, FL 33394
954-377-8100
954-377-8101 (fax)
adial@fowler-white.com

Aaron Michael Dmiszewicki
Fowler White Burnett, P.A.
One Financial Plaza
100 SE Third Avenue, 21st Floor
Fort Lauderdale, FL 33394
(954) 377-8100
admiszewicki@fowler-white.com

5