*Installer Technology Co. v. Advertising Technologies Ltd. et al*

Case No.: 1:15-cv-24738-UU

# EXHIBIT "A"
## Certification of Valentin Gurvits

# Filed in Support of the Motion for Valentin Gurvits to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| INSTALLER TECHNOLOGY CO., a Florida corporation,<br><br>　　Plaintiff,<br><br>v.<br><br>ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign limited company, and<br>FASTLINK SUPPLIES LP, a foreign limited company,<br><br>　　Defendants. | Case No.<br>1:15-cv-24738-UU |
| ADVERTISING TECHNOLOGIES LTD., a foreign limited company, and<br>FASTLINK SUPPLIES LP, a foreign limited company,<br><br>　　Counter-Plaintiffs,<br><br>v.<br><br>INSTALLER TECHNOLOGY CO., a Florida corporation,<br>CHRISTOPHER MISERESKY, an individual, and<br>NETNUCLEUS USA, INC., a Florida corporation,<br><br>　　Counter-Defendants and<br>　　Third-Party Defendants. | |

## CERTIFICATION OF VALENTIN GURVITS

Valentin Gurvits, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that:

(1)     I have studied the Local Rules of the United States District Court for the Southern District of Florida; and

(2)     I am a member in good standing of the State Bar of Massachusetts. I am also a member in good standing of all courts in Massachusetts and the United States District Court for the District of Massachusetts.

_____
VALENTIN GURVITS

Date: July 11, 2016