*Installer Technology Co. v. Advertising Technologies Ltd. et al*

Case No.: 1:15-cv-24738-UU

# EXHIBIT "B"
### Certificate of Admission and Good Standing of Valentin Gurvits

## Filed in Support of the Motion for Valentin Gurvits to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fourteenth** day of **December** A.D. **1999**, said Court being the highest Court of Record in said Commonwealth:

## Valentin David Gurvits

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifth** day of **April** in the year of our Lord **two thousand and sixteen.**

MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116