*Installer Technology Co. v. Advertising Technologies Ltd. et al*

Case No.:  1:15-cv-24738-UU

# EXHIBIT "C"
(Proposed) Order for Valentin Gurvits

# Filed in Support of the Motion for Valentin Gurvits to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

| | |
|---|---|
| INSTALLER TECHNOLOGY CO., a Florida corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign limited company, and<br>FASTLINK SUPPLIES LP, a foreign limited company,<br><br>    Defendants. | Case No.<br>1:15-cv-24738-UU |
| ADVERTISING TECHNOLOGIES LTD., a foreign limited company, and<br>FASTLINK SUPPLIES LP, a foreign limited company,<br><br>    Counter-Plaintiffs,<br><br>v.<br><br>INSTALLER TECHNOLOGY CO., a Florida corporation,<br>CHRISTOPHER MISERESKY, an individual, and<br>NETNUCLEUS USA, INC., a Florida corporation,<br><br>    Counter-Defendants and<br>    Third-Party Defendants. | |

**(PROPOSED) ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion to Appeal *Pro Hac Vice* for Valentin Gurvits, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Valentin Gurvits may appear and participate on behalf of Advertising Technologies Ltd. and Fastlink Supplies LP.  The Clerk shall provide electronic notifications of all electronic filings to Valentin Gurvits at vgurvits@bostonlawgroup.com.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record