# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

INSTALLER TECHNOLOGY CO., a Florida
corporation,

    Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD.
d/b/a PROPELLER ADS MEDIA, a foreign
limited company, and
FASTLINK SUPPLIES LP, a foreign limited
company,

    Defendants.

Case No.
1:15-cv-24738-UU

ADVERTISING TECHNOLOGIES LTD., a
foreign limited company, and
FASTLINK SUPPLIES LP, a foreign limited
company,

    Counter-Plaintiffs,

v.

INSTALLER TECHNOLOGY CO., a Florida
corporation,
CHRISTOPHER MISERESKY, an
individual, and
NETNUCLEUS USA, INC., a Florida
corporation,

    Counter-Defendants and
    Third-Party Defendants.

**1) ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion to Appeal *Pro Hac Vice* for Valentin Gurvits, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Valentin Gurvits may appear and participate on behalf of Advertising Technologies Ltd. and Fastlink Supplies LP.  The Clerk shall provide electronic notifications of all electronic filings to Valentin Gurvits at vgurvits@bostonlawgroup.com.

DONE AND ORDERED in Chambers at Miami, Florida this 12 day of July, 2016.

UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record