UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| INSTALLER TECHNOLOGY CO., a Florida corporation, <br><br> Plaintiff, <br><br> v. <br><br> ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited company, <br><br> Defendants. | |
| ADVERTISING TECHNOLOGIES LTD., a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited partnership, <br><br> Counterclaimants and Third-Party Plaintiffs, <br><br> v. <br><br> INSTALLER TECHNOLOGY CO., a Florida corporation, CHRISTOPHER MISERESKY, an individual, and NETNUCLEUS USA, INC., a Florida corporation, <br><br> Counterdefendant and Third-Party Defendants. | CASE NO. 1:15-cv-24738-UU |

## NOTICE OF SELECTION OF MEDIATOR

Plaintiff/Counterdefendant INSTALLER TECHNOLOGY CO. and Third-Party Defendants CHRISTOPHER MISERESKY and NETNUCLEUS USA, INC., pursuant to this Court's Order of Referral to Mediation dated July 13, 2016 [D.E. 57], hereby give notice to the Court that the Parties have selected the following as mediator in this case:

CASE NO. 1:15-cv-24738-UU

**John S. Freud, Esq.**
**Mediation Solutions, Inc.**
**Museum Tower, 150 W. Flagler Street**
**Suite 2700**
**Miami, FL 33130**

### CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/ Avery A. Dial</u>
Avery A. Dial

Respectfully submitted,

<u>s/Avery A. Dial                              </u>
Avery A. Dial
Fla. Bar No. 732036
Email: adial@fowler-white.com

Aaron M. Dmiszewicki
Fla. Bar No. 111455
Email: admiszewicki@fowler-white.com

FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:   (954) 377-8100
Facsimile:     (954) 377-8101

- 2 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

CASE NO. 1:15-cv-24738-UU

- 3 -

## SERVICE LIST

CASE NO. 1:15-cv-24738

Brady J. Cobb, Esq.
Cobb Eddy, PLLC
642 NE Third Avenue
Ft. Lauderdale, FL 33304
E-Mail: bcobb@cobbeddy.com
Telephone: (954) 527-4111
Facsimile: (954) 900-5507

***Attorney for Advertising Technologies Ltd.
and Fastlink Supplies LP***

Valentin Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
E-Mail: vgurvits@bostonlawgroup.com
Telephone: (617) 928-1804

***Attorney (Pro Hac Vice) for Advertising
Technologies Ltd. and Fastlink Supplies LP***

4813-1051-7301, v. 1

- 3 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100