What is LinkedIn?   Join Today   Sign In



**Aleksandr F.**
ceo at Propeller Ads Media
United Kingdom | Marketing and Advertising

Current    Propeller Ads
Previous   private company

**500+** connections

**Search by name**

Over 400 million professionals are already on LinkedIn. Find who you know.

[First Name]  [Last Name]  🔍

**Example:** Jeff Weiner

## View Aleksandr's full profile.
## It's free!

Your colleagues, classmates, and 400 million other professionals are on LinkedIn.

View Aleksandr's Full Profile

**Public profile badge**

Include this LinkedIn profile on other websites

[View profile badges]

**People Also Viewed**


**Andrey Demchenko**
CPA team leader at PropellerAds Media


**Alexander PropellerAds**
Head of Self Service Platform (SSP) Business Development at PropellerAds


**Polina Kapitonova**
Head of Sales at Propeller Ads Media

### Summary

Looking for Sales director in Dublin!

### Experience

**co-founder**
Propeller Ads
January 2012 – Present (4 years 8 months)



Business development, operational job


**Olga Cox**
Head of Traffic Acquisition at Propeller Ads Media


**Boris Kaplounovsky**
CTO at Propeller Ads

**Internet entrepreneur**
private company
1998 – 2010 (12 years)

seo, traffic arbitrage, affiliate programs, lead generations, investments


**Sandra Irina Brett**
Sales Director at Propeller Ads Media

**Alex Vasekin**
Head of Creative Department - PropellerAds

**Alex Zhidkov**
Head of MediaBuying

### Skills

[Online Marketing]  [Advertising]  [Mobile Marketing]  [Online Advertising]

[Mobile Advertising]  [Media Buying]  [Affiliate Marketing]

**Konstantin Kuznetsov**
Product Owner – Propeller Ads

**Anna Belinskaya**
Financial Manager at PropelleraAds Media

### Languages

## EXHIBIT "B"

What is LinkedIn?    Join Today    Sign In

**Russian**
Native or bilingual proficiency

**English**
Professional working proficiency

## Interests

Online business | investing | advertising | money making | video ads | preroll
adserver | video adserver | rtb | bidder | dsp | mobile advertising
stock exchange | golf | fishing | See 7+

## Volunteer Experience & Causes

**Causes Aleksandr cares about:**
Human Rights
Science and Technology
Social Services

## Groups

CPM, CPC, CPL Pop…    GSMA Mobile World …

## View Aleksandr's full profile to...

- See who you know in common
- Get introduced
- Contact **Aleksandr** directly

View Aleksandr's Full Profile

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more | Browse members by country

© 2016 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Unsubscribe