UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| INSTALLER TECHNOLOGY CO., a Florida corporation,<br><br>          Plaintiff,<br><br>v.<br><br>ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited company,<br><br>          Defendants. | |
| ADVERTISING TECHNOLOGIES LTD., a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited partnership,<br><br>          Counterclaimants and Third-Party Plaintiffs,<br><br>v.<br><br>INSTALLER TECHNOLOGY CO., a Florida corporation, CHRISTOPHER MISERESKY, an individual, and NETNUCLEUS USA, INC., a Florida corporation,<br><br>          Counterdefendant and Third-Party Defendants. | CASE NO. 1:15-cv-24738-UU |

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, INSTALLER TECHNOLOGY CO. ("ITC"), by and through undersigned counsel, hereby files this response to the Court's Order to Show Cause dated September 19, 2016 [D.E. 62], and states as follows:

1.      On July 18, 2016, this Court entered an Order of Referral to Mediation [D.E. 57].

CASE NO. 1:15-cv-24738-UU

2.      On or about September 6, 2016, counsel for ITC and the Defendants discussed resolving this matter at mediation. The parties identified November 8, 2016 as a date on which to mediate.

3.      All of Propeller Ads' representatives are Russian nationals, and need to obtain visas in order to enter the United States.

4.      Counsel for the Defendants has represented that the attending representative for the Defendants has now obtained a visa; however, that visa is for a very limited period of time in early November.

5.      John Freud, the mediator that the parties had previously selected, was not available during the only window of opportunity Propeller Ads' representative would be in the United States.

6.      Accordingly, in an effort to resolve this matter as expeditiously and efficiently as possible, the parties agreed to use Mark Buckstein, instead.

7.      Mr. Buckstein is not a certified mediator in the district court. However, this Court's Order of Referral to Mediation expressly permits the parties to choose any mediator, whether or not he or she is certified. The parties believe that Mr. Buckstein will be able to assist them in resolving this matter.

8.      A proposed order scheduling mediation has been attached hereto as **Exhibit "A"**.

WHEREFORE, ITC respectfully requests that this Court discharge its order to show cause, enter the attached order scheduling mediation, and grant any further relief that this court deems just and appropriate under the circumstances.

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

CASE NO. 1:15-cv-24738-UU

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Avery A. Dial
Avery A. Dial


Respectfully submitted,


s/Avery A. Dial
Avery A. Dial
Fla. Bar No. 732036
Email: adial@fowler-white.com

Aaron M. Dmiszewicki
Fla. Bar No. 111455
Email: admiszewicki@fowler-white.com

FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:    (954) 377-8100
Facsimile:    (954) 377-8101

- 4 -

**SERVICE LIST**

CASE NO. 1:15-cv-24738

| | |
|---|---|
| Brady J. Cobb, Esq.<br>Cobb Eddy, PLLC<br>642 NE Third Avenue<br>Ft. Lauderdale, FL 33304<br>E-Mail: bcobb@cobbeddy.com<br>Telephone: (954) 527-4111<br>Facsimile: (954) 900-5507<br><br>Attorney for ADVERTISING<br>TECHNOLOGIES LTD AND FASTLINK<br>SUPPLIES LP | Valentin Gurvits, Esq.<br>Boston Law Group, PC<br>825 Beacon Street, Suite 20<br>Newton Centre, MA 02459<br>E-Mail: vgurvits@bostonlawgroup.com<br>Telephone: (617) 928-1804<br><br>Attorney for ADVERTISING<br>TECHNOLOGIES LTD AND FASTLINK<br>SUPPLIES LP |

4852-6811-5513, v.  1

- 4 -