UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| INSTALLER TECHNOLOGY CO., a Florida corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited company,<br><br>    Defendants. | |
| ADVERTISING TECHNOLOGIES LTD., a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited partnership,<br><br>    Counterclaimants and Third-Party Plaintiffs,<br><br>v.<br><br>INSTALLER TECHNOLOGY CO., a Florida corporation, CHRISTOPHER MISERESKY, an individual, and NETNUCLEUS USA, INC., a Florida corporation,<br><br>    Counter-defendant and Third-Party Defendants. | CASE NO. 1:15-cv-24738-UU |

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Mark A. Buckstein on November 8, 2016, at 10:00 a.m. at 7777 Glades Road, Suite 313, Boca Raton, FL 33434.

ENTERED this **27** day of **Sept.**, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record 4852-9098-7577, v. 1