UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-24738-UU

INSTALLER TECHNOLOGY, CO.,

    Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD., *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On July 14, 2016, the Court entered a Scheduling Order requiring the parties to file an Interim Joint Status Report within 90 days of the date of the Court's Order. D.E. 56. To date, no such report has been filed. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Thursday, October 20, 2016**, as to why this case should not be dismissed for failure to comply with the Court's Order. Additionally, Plaintiff SHALL file an Interim Joint Status Report by that date. Failure to comply will result in the dismissal of this case without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of October, 2016.

*/s/ Ursula Ungaro*
_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf