UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| INSTALLER TECHNOLOGY CO., a Florida corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited company,<br><br>    Defendants. | |
| ADVERTISING TECHNOLOGIES LTD., a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited partnership,<br><br>    Counterclaimants and Third-Party Plaintiffs,<br><br>v.<br><br>INSTALLER TECHNOLOGY CO., a Florida corporation, CHRISTOPHER MISERESKY, an individual, and NETNUCLEUS USA, INC., a Florida corporation,<br><br>    Counterdefendant and Third-Party Defendants. | CASE NO. 1:15-cv-24738-UU |

**JOINT STATUS REPORT**

The Parties, INSTALLER TECHNOLOGY CO. ("ITC"), CHRISTOPHER MISERESKY ("Miseresky"), NETNUCLEUS USA, INC. ("NetNucleus"), ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA ("Propeller Ads"), and FASTLINK

SUPPLIES LP ("Fastlink"), by and through undersigned counsel and pursuant to this Court's Scheduling Order dated July 14, 2016 [D.E. 56] and state as follows:

1. Have the defendants been served and answered the complaint? If not, state the reason(s) for the failure to do so.

*All defendants, third-party defendants, and counter-defendants have been served and answered the respective complaints, third-party complaints, and counterclaims.*

2. If this is a class action, has a motion for class certification been filed? If so, what is its status?

*Not applicable.*

3. If discovery is not closed, what is the parties' agreed upon plan for the completion of discovery by the deadline, including but not limited to the exchange of all relevant electronically stored information?

*The parties agree to produce all requested information, including electronically stored information, for which there are no objections, 16 days prior to the December 16, discovery deadline, on December 1, 2016. Further, the parties agree to produce their respective 30(b)(6) witnesses for deposition prior to the discovery cut off.*

4. Are there any motions pending? If so, indicate the status of each motion separately.

*There are no motions pending at the time this Status Report was filed.*

5. Have the parties filed their Notice of Selection of Mediator as required by the Court's Order of Referral to Mediator?

*Yes. Although the Parties had initially selected John Freud as mediator [D.E. 22], due to scheduling conflicts the Parties have now selected Mark Buckstein, and are scheduled to mediate on November 8, 2016. [D.E. 64].*

6.   Have the parties agreed to a place, date and time for mediation and has the lead attorney for the plaintiff(s) completed the form Order Scheduling Mediation and submitted it to the Court? If not, state the reason(s) for the failure to do so.

*Yes. The Court has approved and entered the Order Scheduling Mediation. [D.E. 64].*

7.   Have the parties engaged in informal settlement negotiations? If so, explain the extent of the negotiations. If not, explain the reason(s) for the failure to do so.

*Yes. Since the beginning of this case, the Parties have periodically discussed informally the desire to settle without the need for litigation. Ultimately, however, the Parties feel that mediation will be the most productive means of resolving their dispute. Even if mediation is unsuccessful, the Parties anticipate continuing informal settlement negotiations.*

8.   If the case is less than five days to try, have the parties conferred and have they agreed to trial before a U.S. Magistrate Judge, wherein a date certain for trial may be given?

*Although the Parties estimate a 5-day trial in this case, they have not agreed to trial before a U.S. Magistrate Judge.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner

specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                s/ Avery A. Dial
                Avery A. Dial

Respectfully submitted,

s/ Avery A. Dial
Avery A. Dial
Fla. Bar No. 732036
Email: adial@fowler-white.com
Aaron M. Dmiszewicki
Fla. Bar No. 111455
Email: admiszewicki@fowler-white.com
FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:   (954) 377-8100
Facsimile:    (954) 377-8101
*ATTORNEYS FOR ITC, MISERESKY, AND NETNUCLEUS*

s/ Brady J. Cobb

Brady J. Cobb
Fla. Bar No. 31018
Email: bcobb@cobbeddy.com
COBB EDDY, PLLC
642 NE Third Avenue
Fort Lauderdale, Florida 33304
Telephone:   (954) 527-4111
Facsimile:    (954) 900-5507
*ATTORNEY FOR PROPELLER ADS AND FASTLINK*

s/ Valentin Gurvits

Valentin Gurvits

CASE NO. 1:15-cv-24738-UU

- 5 -

*Admitted Pro Hac Vice*
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: (617) 928-1804
*ATTORNEY FOR PROPELLER ADS AND FASTLINK*

CASE NO. 1:15-cv-24738-UU

- 6 -

# SERVICE LIST

CASE NO. 1:15-cv-24738

Brady J. Cobb, Esq.
Cobb Eddy, PLLC
642 NE Third Avenue
Ft. Lauderdale, FL 33304
E-Mail: bcobb@cobbeddy.com
Telephone: (954) 527-4111
Facsimile: (954) 900-5507
Attorney for FASTLINK SUPPLIES LP, a foreign limited partnership

Valentin Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
E-Mail: vgurvits@bostonlawgroup.com
Telephone: (617) 928-1804
Attorney for ADVERTISING TECHNOLOGIES LTD AND FASTLINK SUPPLIES LP

4823-1352-3003, v. 1