UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| INSTALLER TECHNOLOGY CO., a Florida corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited company,<br><br>    Defendants.<br><br>ADVERTISING TECHNOLOGIES LTD., a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited partnership,<br><br>    Counterclaimants and Third-Party Plaintiffs,<br><br>v.<br><br>INSTALLER TECHNOLOGY CO., a Florida corporation, CHRISTOPHER MISERESKY, an individual, and NETNUCLEUS USA, INC., a Florida corporation,<br><br>    Counterdefendant and Third-Party Defendants. | CASE NO. 1:15-cv-24738-UU |

## PLAINTIFF/COUNTERDEFENDANT AND THIRD-PARTY DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE AND RETROACTIVE MOTION FOR EXTENSION OF TIME

Plaintiff/Counterdefendant, INSTALLER TECHNOLOGY CO. ("ITC"), and Third-Party Defendants CHRISTOPHER MISERESKY ("Miseresky") and NETNUCLEUS USA, INC. ("NetNucleus") (collectively, the "Plaintiffs"), by and through undersigned counsel, file the

following response to the Court's Order to Show Cause entered October 17, 2016 [D.E. 65] and state as follows:

1. On July 14, 2016, after several months of arguing various motions to dismiss, this Court entered its Scheduling Order for Pretrial Conference and Trial. [D.E. 56].

2. The Scheduling Order required, *inter alia*, that the Parties file, within 90 days of the Scheduling Order, an interim joint status report answering a series of eight questions. The 90 days expired on October 12, 2016.

3. On July 15th, the undersigned's scheduling assistant calendared the due date for the joint status report, but inadvertently and mistakenly failed to set a reminder alarm. As a result, the deadline to file an interim joint status report expired unnoticed.

4. The undersigned counsel accept and agree that it is their joint responsibility as members of the profession to monitor their respective calendars and ensure that deadlines are properly adhered to. The undersigned further note that they understand how seriously court deadlines are to both the Court and the integrity of the legal process, and are not to be taken lightly.

5. Further, as this Court is aware, October has thus far been a hectic month, with the Jewish holidays, Columbus Day, and Hurricane Matthew all severely limiting the amount of time in October that the undersigned have been able to prepare this case for resolution.

6. All of this, coupled with burdensome litigation schedules and obligations to other matters, constitute good cause and excusable neglect for why this Court should discharge its order to show cause and allow this matter to continue forward, with the undersigned counsels' deepest apologies.

- 2 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

CASE NO. 1:15-cv-24738-UU

- 3 -

7. To be sure, this matter has not been sitting idly, as the Parties have continued to engage in informal settlement negotiations and have prepared the case for mediation, where the Plaintiffs are optimistic that settlement will be reached.

8. Plaintiffs' failure to comply with the Scheduling Order was not for purposes of delay or prejudice. Indeed, the Scheduling Order specifically states that "Each attorney…is charged with the duty of complying with this Order." Although the undersigned cannot speak for opposing counsel, the deadline seems to have escaped their scheduling, as well. In any event, a joint interim status report has already been filed in this matter, and no party has been prejudiced by the undersigned counsels' inadvertent and embarrassing scheduling mistake.

9. Once again, the undersigned apologize profusely for this scheduling mistake and request an *ex post* extension of time within which to file a joint interim status report.

WHEREFORE, Plaintiffs respectfully request that this Court discharge its order to show cause, accept the previously filed joint interim status report as timely filed, and grant any further relief that this court deems just and appropriate under the circumstances.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Avery A. Dial
Avery A. Dial

Respectfully submitted,

s/ Avery A. Dial
Avery A. Dial
Fla. Bar No. 732036
Email: adial@fowler-white.com

Aaron M. Dmiszewicki
Fla. Bar No. 111455
Email: admiszewicki@fowler-white.com

FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:  (954) 377-8100
Facsimile:  (954) 377-8101

- 4 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

CASE NO. 1:15-cv-24738-UU

- 5 -

# SERVICE LIST

CASE NO. 1:15-cv-24738

Brady J. Cobb, Esq.
Cobb Eddy, PLLC
642 NE Third Avenue
Ft. Lauderdale, FL 33304
E-Mail: bcobb@cobbeddy.com
Telephone: (954) 527-4111
Facsimile: (954) 900-5507

Attorney for ADVERTISING TECHNOLOGIES LTD AND FASTLINK SUPPLIES LP

Valentin Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
E-Mail: vgurvits@bostonlawgroup.com
Telephone: (617) 928-1804

Attorney for ADVERTISING TECHNOLOGIES LTD AND FASTLINK SUPPLIES LP

4837-4161-8747, v. 1

- 5 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100