UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| INSTALLER TECHNOLOGY CO., a Florida corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited company,<br><br>    Defendants. | |
| ADVERTISING TECHNOLOGIES LTD., a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited partnership,<br><br>    Counterclaimants and Third-Party Plaintiffs,<br><br>v.<br><br>INSTALLER TECHNOLOGY CO., a Florida corporation, CHRISTOPHER MISERESKY, an individual, and NETNUCLEUS USA, INC., a Florida corporation,<br><br>    Counterdefendant and Third-Party Defendants. | CASE NO. 1:15-cv-24738-UU |

## NOTICE OF SETTLEMENT

Plaintiff/Counterdefendant INSTALLER TECHNOLOGY CO., ("ITC"), Defendant/Counterplaintiff/Third-Party Plaintiffs ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA ("Propeller Ads") and FASTLINK SUPPLIES, LP ("Fastlink"), and Third-Party Defendants CHRISTOPHER MISERESKY ("Miseresky") and

NETNUCLEUS USA, INC. ("NetNucleus") (collectively, the "Parties"), by and through undersigned counsel, respectfully submit this Notice of Settlement and inform the Court as follows:

1. The Parties reached an agreement at the mediation that took place on November 8, 2016 to resolve all of the claims pending between them.

2. The parties are in the process of finalizing the terms of their confidential settlement agreement and (subject to certain terms of their agreement) expect to file a Stipulation of Dismissal with Prejudice with the Court, no later than December 15, 2016.

3. The Parties respectfully request that the Court retain jurisdiction over this case until such Stipulation has been filed.

### CERTIFICATE OF SERVICE

I hereby certify that on November 14th, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Avery A. Dial
Avery A. Dial

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100

CASE NO. 1:15-cv-24738-UU

Respectfully submitted,

s/Avery A. Dial
Avery A. Dial
Fla. Bar No. 732036
Email: adial@fowler-white.com
Aaron M. Dmiszewicki
Fla. Bar No. 111455
Email: admiszewicki@fowler-white.com
FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:   (954) 377-8100
Facsimile:    (954) 377-8101
*ATTORNEYS FOR ITC, MISERESKY, AND NETNUCLEUS*


s/Brady J. Cobb
Brady J. Cobb
Fla. Bar No. 31018
Email: bcobb@cobbeddy.com
COBB EDDY, PLLC
642 NE Third Avenue
Fort Lauderdale, Florida 33304
Telephone:   (954) 527-4111
Facsimile:    (954) 900-5507
*ATTORNEY FOR PROPELLER ADS AND FASTLINK*


s/Valentine Gurvits
Valentin Gurvits
*Admitted Pro Hac Vice*
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone:   (617) 928-1804
*ATTORNEY FOR PROPELLER ADS AND FASTLINK*

CASE NO. 1:15-cv-24738-UU

- 4 -

## SERVICE LIST

CASE NO. 1:15-cv-24738

Brady J. Cobb, Esq.
Cobb Eddy, PLLC
642 NE Third Avenue
Ft. Lauderdale, FL 33304
E-Mail: bcobb@cobbeddy.com
Telephone: (954) 527-4111
Facsimile: (954) 900-5507
Attorney for FASTLINK SUPPLIES LP, a foreign limited partnership

Valentin Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
E-Mail: vgurvits@bostonlawgroup.com
Telephone: (617) 928-1804
Attorney for ADVERTISING TECHNOLOGIES LTD AND FASTLINK SUPPLIES LP

4846-8574-1884, v.  2

Fowler White Burnett P.A. • One Financial Plaza, Suite 2100, 100 Southeast Third Avenue, Fort Lauderdale, FL 33394• (954) 377-8100