UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-24738-UU

INSTALLER TECHNOLOGY, CO.,

    Plaintiff,

v.

ADVERTISING TECHNOLOGIES LTD., *et al.*,

    Defendants.

_____/

## ADMINISTRATIVE ORDER

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

The Court is fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes.

DONE AND ORDERED in Chambers at Miami, Florida, this _15th_ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf