UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| INSTALLER TECHNOLOGY CO., a Florida corporation,<br><br>      Plaintiff,<br><br>v.<br><br>ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA, a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited company,<br><br>      Defendants. | |
| ADVERTISING TECHNOLOGIES LTD., a foreign corporation, and FASTLINK SUPPLIES LP, a foreign limited partnership,<br><br>      Counterclaimants and Third-Party Plaintiffs,<br><br>v.<br><br>INSTALLER TECHNOLOGY CO., a Florida corporation, CHRISTOPHER MISERESKY, an individual, and NETNUCLEUS USA, INC., a Florida corporation,<br><br>      Counterdefendant and<br>      Third-Party Defendants. | CASE NO. 1:15-cv-24738-UU |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff/Counterdefendant INSTALLER TECHNOLOGY CO., ("ITC"), Defendant/Counterplaintiff/Third-Party Plaintiffs ADVERTISING TECHNOLOGIES LTD. d/b/a PROPELLER ADS MEDIA ("Propeller Ads") and FASTLINK SUPPLIES, LP ("Fastlink"), and Third-Party Defendants CHRISTOPHER MISERESKY ("Miseresky") and

NETNUCLEUS USA, INC. ("NetNucleus") (collectively, the "Parties"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal with Prejudice. This Stipulation is pursuant to a confidential settlement reached between the Parties and applies to all claims that were raised or could have been raised between and among the Parties to this action. All parties are to bear their own fees and costs, and the Amended Complaint [D.E. 9], Amended Counterclaim [D.E. 45], and Amended Third-Party Complaint [D.E. 45] should all be dismissed with prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Avery A. Dial
Avery A. Dial

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

- 2 -

Fowler White Burnett P.A. • One Financial Plaza, Suite 2100, 100 Southeast Third Avenue, Fort Lauderdale, FL 33394• (954) 377-8100

CASE NO. 1:15-cv-24738-UU

Respectfully submitted,

s/Avery A. Dial
Avery A. Dial
Fla. Bar No. 732036
Email: adial@fowler-white.com
Aaron M. Dmiszewicki
Fla. Bar No. 111455
Email: admiszewicki@fowler-white.com
FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone:   (954) 377-8100
Facsimile:     (954) 377-8101
*ATTORNEYS FOR ITC, MISERESKY, AND NETNUCLEUS*

s/Brady J. Cobb
Brady J. Cobb
Fla. Bar No. 31018
Email: bcobb@cobbeddy.com
COBB EDDY, PLLC
642 NE Third Avenue
Fort Lauderdale, Florida 33304
Telephone:   (954) 527-4111
Facsimile:     (954) 900-5507
*ATTORNEY FOR PROPELLER ADS AND FASTLINK*

s/Valentin Gurvits
Valentin Gurvits
*Admitted Pro Hac Vice*
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone:   (617) 928-1804
*ATTORNEY FOR PROPELLER ADS AND FASTLINK*

- 3 -

CASE NO. 1:15-cv-24738-UU

- 4 -

## SERVICE LIST

CASE NO. 1:15-cv-24738

Brady J. Cobb, Esq.
Cobb Eddy, PLLC
642 NE Third Avenue
Ft. Lauderdale, FL 33304
E-Mail: bcobb@cobbeddy.com
Telephone: (954) 527-4111
Facsimile: (954) 900-5507

***Attorney for Fastlink Supplies, LP, and Advertising Technologies Ltd.***

Valentin Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
E-Mail: vgurvits@bostonlawgroup.com
Telephone: (617) 928-1804

***Attorney for Fastlink Supplies, LP, and Advertising Technologies Ltd.***

4816-3478-5853, v. 1

- 4 -

FOWLER WHITE BURNETT P.A. • ONE FINANCIAL PLAZA, SUITE 2100, 100 SOUTHEAST THIRD AVENUE, FORT LAUDERDALE, FL 33394• (954) 377-8100